UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY A. ECHOLS,<br><br>        Petitioner,<br><br>    v.<br><br>CHERYL K. PLILER (Warden),<br><br>        Respondent. | No. CV 00-270-CBM(CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto. The court has made a *de novo* determination with respect to those portions of the Report and Recommendation to which objection has been made.[1]

**IT IS ORDERED:** (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be

---

[1] It should be noted that objections on behalf of Petitioner have been filed both by his appointed counsel (docket no. 121) and by Petitioner acting *pro se* (docket no. 120-2). The magistrate judge has carefully reviewed both sets of objections, and has found no reason to revise or supplement the Report and Recommendation.

entered denying the petition and dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED: 10/19/10

CONSUELO B. MARSHALL
United States District Judge