# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY A. ECHOLS, | No. CV 00-270-CBM(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| CHERYL K. PLILER (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 10/19/10

CONSUELO B. MARSHALL
United States District Judge

1